BEFORE THE SECOND DIVISION, FEBRUARY 6, 1952

**No. 56360.**—Gimbel Bros., Inc., et al. *v.* United States, protests 155122–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 56361.**—Metasco, Inc. *v.* United States, protests 161185–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 56362.**—The Kildall Company *v.* United States, petition 6831–R (Minneapolis).

Opinion by FORD, J. From the testimony it appeared that the secretary-treasurer of petitioner discussed the entry of the merchandise with the appraiser at Minneapolis; that the merchandise was appraised at the value at which it was offered for sale in usual wholesale quantities to all purchasers in the United States; and that since the petitioner did not agree to that value, it decided to set up this case as a test case. Upon the record presented it was held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.